UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　　Debtor. | Adv. Pro No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>SONJA KOHN, et al.,<br><br>　　　　　　　　　Defendants. | Docket No.: 1:12-cv-02161 (JSR) (HBP) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears as counsel for Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
　　　　May 2, 2012

　　　　　　　　　　　　　　　　　　　　/s/ A. Mackenna Mosier
　　　　　　　　　　　　　　　　　　　　A. Mackenna Mosier
　　　　　　　　　　　　　　　　　　　　Baker & Hostetler LLP
　　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　New York, New York 10111
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 589-4200
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 589-4201
　　　　　　　　　　　　　　　　　　　　Email: amosier@bakerlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Irving H. Picard, as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*